THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREY KIM,<br><br>          Defendant. | Case No.: 2:11-cr-0514-TLN and<br>              2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for May 7, 2015, at 9:30 a.m. is continued to September 10, 2015, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  April 30, 2015           By:    /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Andrey Kim

DATED:  April 30, 2015                  BENJAMIN B. WAGNER
                                        United States Attorney

                                 By:    /s/ Thomas A. Johnson for
                                        HEIKO COPPOLA
                                        Assistant United States Attorney

1

1     **IT IS SO ORDERED.**

2   DATED: April 30, 2015

3                                       Troy L. Nunley
                                          United States District Judge