THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREY KIM,<br><br>　　　　Defendant. | Case No.: 2:11-cr-0514-TLN and<br>　　　　　　2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for January 21, 2016, at 9:30 a.m. is continued to June 23, 2016, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: January 19, 2016　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　Attorney for Andrey Kim


DATED: January 19, 2016　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　　HEIKO COPPOLA
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

1  **IT IS SO ORDERED.**

2  DATED: January 19, 2016

Troy L. Nunley
United States District Judge