THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREY KIM,<br><br>    Defendant. | Case No.: 2:11-cr-0514-TLN and<br>2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for June 23, 2016, at 9:30 a.m. is continued to December 15, 2016, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  June 15, 2016          By:    /s/ Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for Andrey Kim

DATED:  June 15, 2016             PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                        By:    /s/ Thomas A. Johnson for
                                                   HEIKO COPPOLA
                                                   Assistant United States Attorney

1 **IT IS SO ORDERED.**

2 DATED: June 15, 2016

3 Troy L. Nunley
United States District Judge