THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANDREY KIM,<br><br>      Defendant. | Case No.: 2:11-cr-0514-TLN and<br>                2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE<br><br>Date: June 8, 2017<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for December 15, 2016, 2016, is continued to June 8, 2017, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  December 7, 2016        By:    <u>/s/ Thomas A. Johnson</u>
                                                       THOMAS A. JOHNSON
                                                       Attorney for Andrey Kim

DATED:  December 7, 2016            PHILLIP A. TALBERT
                                                      Acting United States Attorney

                                               By:    <u>/s/ Thomas A. Johnson for</u>
                                                       HEIKO COPPOLA
                                                     Assistant United States Attorney

1     **IT IS SO ORDERED.**

2   DATED: December 7, 2016

                                          Troy L. Nunley
                                          United States District Judge