THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREY KIM,

    Defendant.

Case No.: 2:11-cr-00514-TLN;
2:12-cr-00031-TLN

STIPULAION AND ORDER TO TERMINATE DEFENDANT'S PRE-TRIAL SERVICES SUPERVISION

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the supervision of Andrey Kim by Pre-Trial Services be terminated. Pre-Trial Services has requested the termination of Mr. Kim's supervision. Mr. Kim has been under supervision for approximately seven years; he has made all of his required court appearances; he has no prior failures to appear for court; and no violations have been filed. The bond would remain in place along with condition #6, which pertains to the surrender of his passport/he shall not apply for a new passport.

**IT IS SO STIPULATED.**

DATED: July 10, 2018                        By:   /s/ Thomas A. Johnson
                                                                     THOMAS A. JOHNSON
                                                                       Attorney for Andrey Kim

DATED: July 10, 2018                            McGREGOR W. SCOTT

1

United States Attorney

                                    By:   /s/ Heiko P. Coppola
                                          HEIKI P. COPPOLA
                                          Assistant United States Attorney

                                         **ORDER**

**IT IS SO ORDERED.**

Dated: July 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE