THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SNB 27150
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREY KIM,<br><br>Defendant. | Case No. 2:11-cr-0514-TLN and<br>2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR SETTING OF JUDGMENT AND SENTENCING AND PSR SCHEDULE<br><br>Date: January 24, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for January 24, 2019, is vacated and a Judgment and Sentencing be scheduled for June 6, 2019 at 9:30 a.m. It is further requested the Court order the following Pre-Sentence Report schedule:

| | |
|---|---|
| Judgment and Sentencing date: | June 6, 2019 |
| Reply or Statement | May 30, 2019 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 23, 2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 16, 2019 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 2, 2019 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | April 18, 2019 |

**IT IS SO STIPULATED.**

DATED: January 16, 2019  By:  /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Andrey Kim

DATED: January 16, 2019  McGREGOR SCOTT
United States Attorney

By:  /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 17, 2019

_____
Troy L. Nunley
United States District Judge