Thomas A. Johnson, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREY KIM,<br><br>Defendant. | Case No.: 2:11-cr-0514-TLN and<br>2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: September 12, 2019<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for September 12, 2019, is continued to November 21, 2019 at 9:30 a.m. in the same courtroom. Defense counsel needs additional time to prepare for sentencing. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | November 21, 2019 |
| Reply or Statement | November 14, 2019 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 7, 2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | October 31, 2019 |

1

| | | |
|---|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | October 17, 2019 |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: August 7, 2019 | By: | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Andrey Kim |
| DATED: August 7, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Lee Bickley<br>LEE BICKLEY<br>Assistant United States Attorney |

## **ORDER**

**IT IS SO ORDERED.**

DATED: August 7, 2019

_____
Troy L. Nunley
United States District Judge