THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREY KIM,<br><br>    Defendant. | Case No.: 2:11-cr-0514-TLN and<br>             2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: November 21, 2019<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 21, 2019, is continued to January 30, 2020, at 9:30 a.m. in the same courtroom. Defense counsel is unavailable as he has been retained to represent a person in another matter who has been subpoenaed to testify before the grand jury on November 21, 2019. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                                       January 30, 2020

Reply or Statement                                                         January 23, 2020

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and                      January 16, 2020
served on the Probation Officer and opposing
counsel no later than:

1

**IT IS SO STIPULATED.**

DATED: October 29, 2019 By: /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Andrey Kim

DATED: October 29, 2019 MCGREGOR W. SCOTT
United States Attorney

By: /s/ Lee Bickley
LEE BICKLEY
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 30, 2019

_____
Troy L. Nunley
United States District Judge