| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | KRISTY M. HORTON, #271250 |
|   | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 422-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-0514-TLN and |
|---|---|
| Plaintiff, | ) 2:12-cr-0031-TLN |
| vs. | ) STIPULATION AND ORDER FOR |
| ANDREY KIM, | ) CONTINUANCE OF JUDGMENT AND |
|  | ) SENTENCING |
| Defendant. | ) Date: January 30, 2020 |
|  | ) Time: 9:30 a.m. |
|  | ) Judge: Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 30, 2020, is continued to February 20, 2020, at 9:30 a.m. in the same courtroom. Defense counsel needs additional time to prepare for sentencing. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                                        February 20, 2020

Reply or Statement                                                              February 13, 2020

**IT IS SO STIPULATED.**

DATED: January 22, 2020        By:    /s/ Thomas A. Johnson
                                                            THOMAS A. JOHNSON
                                                            Attorney for Andrey Kim

1

DATED: January 22, 2020					MCGREGOR W. SCOTT
								United States Attorney

						By:	/s/ Lee Bickley
							LEE BICKLEY
							Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

DATED:  January 23, 2020

_____
Troy L. Nunley
United States District Judge